# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HANOVER, LARRY R | § | Case No. 13-27322 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/06/2013 . The undersigned trustee was appointed on 08/22/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    11,500.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 22.33 |
| Bank service fees | 549.95 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]         $ | 10,927.72 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/25/2013 and the deadline for filing governmental claims was 01/02/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,900.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,900.00 , for a total compensation of $ 1,900.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 1.12 , for total expenses of $ 1.12 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/10/2016           By:/s/R. SCOTT ALSTERDA
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

Case No:　13-27322　JPC　Judge: JACQUELINE P. COX　　　Trustee Name:　R. SCOTT ALSTERDA
Case Name:　HANOVER, LARRY R　　　Date Filed (f) or Converted (c):　07/06/13 (f)
　　　341(a) Meeting Date:　08/22/13
For Period Ending:　11/10/16　　　Claims Bar Date:　11/25/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 604 Noah Terrace Mount Prospect, IL 60056 | 344,530.00 | 0.00 | | 0.00 | FA |
| 2. Disney World Time Share | 15,000.00 | 11,500.00 | | 11,500.00 | FA |
| 3. Scottsdale, AZ timeshare | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Cash | 200.00 | 0.00 | | 0.00 | FA |
| 5. Custodial Bank Account | 0.00 | 0.00 | | 0.00 | FA |
| 6. Bank of America - joint checking | 600.00 | 0.00 | | 0.00 | FA |
| 7. Chase Bank - personal checking | 100.00 | 0.00 | | 0.00 | FA |
| 8. Glenview State Bank - business checking | 100.00 | 0.00 | | 0.00 | FA |
| 9. Household furniture, appliances & electron | 3,000.00 | 0.00 | | 0.00 | FA |
| 10. Wearing apparel, wedding bands | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. Used Rolex Watch | 4,500.00 | 0.00 | | 0.00 | FA |
| 12. Berringer Men's watch | 60.00 | 0.00 | | 0.00 | FA |
| 13. eliptical machine, 30-year old Aerodyne | 250.00 | 0.00 | | 0.00 | FA |
| 14. Northwestern Mutual Whole Life | 9,745.00 | 0.00 | | 0.00 | FA |
| 15. North Western Mutual - regular IRA | 50,000.00 | 0.00 | | 0.00 | FA |
| 16. North Western Mutual - 2 Roth IRAs | 110,000.00 | 0.00 | | 0.00 | FA |
| 17. Hanover Integrity Group, Inc | 700.00 | 0.00 | | 0.00 | FA |
| 18. 2000 Mercury Grand Marquis, 90,000 miles | 750.00 | 0.00 | | 0.00 | FA |
| 19. 2003 Ford Expedition, 92,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 20. 2001 Mitshubishi Galant, 60,000 miles | 1,200.00 | 0.00 | | 0.00 | FA |
| 21. 2009 Mistshubishi Lancer, 25,000 miles debtor is c | 3,250.00 | 0.00 | | 0.00 | FA |
| 22. 2 computers & printer | 1,500.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

Case No: 13-27322   JPC   Judge: JACQUELINE P. COX  
Case Name: HANOVER, LARRY R

Trustee Name: R. SCOTT ALSTERDA  
Date Filed (f) or Converted (c): 07/06/13 (f)  
341(a) Meeting Date: 08/22/13  
Claims Bar Date: 11/25/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. Personal Seat License for the Chicago Bears, 3 sea | 19,500.00 | 0.00 | | 0.00 | FA |

| | | | | | Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $569,985.00 | $11,500.00 | | $11,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Debtor held a Personal Seat License ("PSI") for the Chicago Bears and the Trustee has attempted  
to find a buyer for the PSI.  The Trustee may abandon the PSI if no buyer can be found at an  
acceptable price.  Additional activities that remain to be done include tax issues, if, any, and a  
claims analysis.

Initial Projected Date of Final Report (TFR): 02/28/15     Current Projected Date of Final Report (TFR): 12/31/16

/s/   R. SCOTT ALSTERDA  
_____   Date: 11/10/16  
    R. SCOTT ALSTERDA

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-27322 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | HANOVER, LARRY R | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9933 Checking Account |
| Taxpayer ID No: | *******8789 | | | |
| For Period Ending: | 11/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/26/13 | 2 | Larry Hanover<br>604 S. Noah Ter.<br>Mount Prospect, IL 60056 | purchase Disney Time Shares | 1110-000 | 11,500.00 | | 11,500.00 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,490.00 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.08 | 11,472.92 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.51 | 11,456.41 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.03 | 11,439.38 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.01 | 11,422.37 |
| 02/10/14 | 030001 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond #016026455 | 2300-000 | | 9.26 | 11,413.11 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.33 | 11,397.78 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.94 | 11,380.84 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.37 | 11,364.47 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.90 | 11,347.57 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.33 | 11,331.24 |

Page Subtotals    11,500.00    168.76

LFORM24    UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Ver: 19.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 13-27322 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | HANOVER, LARRY R | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9933 Checking Account |
| Taxpayer ID No: | *******8789 | | | |
| For Period Ending: | 11/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.85 | 11,314.39 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.82 | 11,297.57 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.26 | 11,281.31 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.77 | 11,264.54 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.21 | 11,248.33 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.72 | 11,231.61 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.70 | 11,214.91 |
| 02/20/15 | 030002 | Arthur B. Levine Company<br>Attention Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Bond #10BSBGR6291 | 2300-000 | | 6.29 | 11,208.62 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.06 | 11,193.56 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.65 | 11,176.91 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.08 | 11,160.83 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.59 | 11,144.24 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.03 | 11,128.21 |

Page Subtotals     0.00     203.03

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 13-27322 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | HANOVER, LARRY R | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9933  Checking Account |
| Taxpayer ID No: | *******8789 | | | |
| For Period Ending: | 11/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.54 | 11,111.67 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.52 | 11,095.15 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.96 | 11,079.19 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.47 | 11,062.72 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.92 | 11,046.80 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.42 | 11,030.38 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.40 | 11,013.98 |
| 02/12/16 | 030003 | Arthur B. Levine Company<br>Attention Maria Sponza<br>370 Lexington Avenue, Suite 1101<br>New York, New York 10017 | Bond Payment | 2300-000 | | 6.78 | 11,007.20 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.31 | 10,991.89 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.34 | 10,975.55 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.79 | 10,959.76 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.29 | 10,943.47 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.75 | 10,927.72 |

Page Subtotals        0.00        200.49

LFORM24        UST Form 101-7-TFR (5/1/2011) *(Page: 7)*        Ver: 19.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| | |
|---|---|
| Case No: | 13-27322 -JPC |
| Case Name: | HANOVER, LARRY R |
| Taxpayer ID No: | *******8789 |
| For Period Ending: | 11/10/16 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9933  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 11,500.00 | 572.28 | 10,927.72 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 11,500.00 | 572.28 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 11,500.00 | 572.28 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******9933 | 11,500.00 | 572.28 | 10,927.72 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 11,500.00 | 572.28 | 10,927.72 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature:  /s/   R. SCOTT ALSTERDA   Date: 11/10/16
R. SCOTT ALSTERDA

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 10, 2016 |
|---|---|---|---|---|---|---|
| Case Number: 13-27322<br>Debtor Name: HANOVER, LARRY R | | Claim Class, Priority Sequence | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 001<br>3120-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $6.44 | $6.44 |
| 001<br>3110-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,180.50 | $3,180.50 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $9.26 | $9.26 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Company<br>Attention Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Administrative | | $0.00 | $13.07 | $13.07 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $13,993.11 | $13,993.11 |
| 000002<br>070<br>7100-00 | eCAST Settlement Corporation,<br>assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | (2-1) CREDIT CARD DEBT | $0.00 | $22,749.99 | $22,749.99 |
| 000003<br>070<br>7100-00 | Dennis V. Composto, Esq.<br>405 N. Wabash, Suite 315<br>Chicago, IL 60611 | Unsecured | | $0.00 | $4,877.51 | $4,877.51 |
| 000004<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (4-1) CREDIT CARD DEBT | $0.00 | $30,317.71 | $30,317.71 |
| 000005<br>070<br>7100-00 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (5-1) CREDIT CARD DEBT | $0.00 | $248.09 | $248.09 |
| 000006<br>070<br>7100-00 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Unsecured | (6-1) 8535 | $0.00 | $18,835.84 | $18,835.84 |
| 000007<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (7-1) SAM'S CLUB DISCOVER | $0.00 | $1,705.11 | $1,705.11 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 10, 2016 |
|---|---|---|---|---|---|---|
| Case Number: | 13-27322 | Claim Class, Priority Sequence | | | | |
| Debtor Name: | HANOVER, LARRY R | | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| | Case Totals: | | | $0.00 | $95,936.63 | $95,936.63 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-27322
Case Name: HANOVER, LARRY R
Trustee Name: R. SCOTT ALSTERDA

Balance on hand $ 10,927.72

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 1,900.00 | $ 0.00 | $ 1,900.00 |
| Trustee Expenses: R. SCOTT ALSTERDA | $ 1.12 | $ 0.00 | $ 1.12 |
| Attorney for Trustee Fees: Nixon Peabody LLP | $ 3,180.50 | $ 0.00 | $ 3,180.50 |
| Attorney for Trustee Expenses: Nixon Peabody LLP | $ 6.44 | $ 0.00 | $ 6.44 |
| Other: Arthur B. Levine Company | $ 13.07 | $ 13.07 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 9.26 | $ 9.26 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $   5,088.06
Remaining Balance                                        $   5,839.66

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 92,727.36  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 13,993.11 | $ 0.00 | $ 881.24 |
| 000002 | eCAST Settlement Corporation, assignee | $ 22,749.99 | $ 0.00 | $ 1,432.72 |
| 000003 | Dennis V. Composto, Esq. | $ 4,877.51 | $ 0.00 | $ 307.17 |
| 000004 | American Express Bank, FSB | $ 30,317.71 | $ 0.00 | $ 1,909.31 |
| 000005 | American Express Bank, FSB | $ 248.09 | $ 0.00 | $ 15.62 |
| 000006 | WORLD'S FOREMOST BANK | $ 18,835.84 | $ 0.00 | $ 1,186.22 |
| 000007 | Capital Recovery V, LLC | $ 1,705.11 | $ 0.00 | $ 107.38 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,839.66 |
| | Remaining Balance | | | $ 0.00 |

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE