UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case 13-27322 |
| | ) | Chapter 7 |
| LARRY R. HANOVER, | ) | Hon. Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned attorney, hereby certify that on December 6, 2016, I electronically filed the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following individuals:

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604
312-886-5785
USTPRegion11.ES.ECF@usdoj.gov

Monette W. Cope
Weltman Weinberg & Reis Co. LPA
180 North LaSalle Street, Ste 2400
Chicago, IL 60601
312-782-9676
312-782-4201 (fax)
ecfnil@weltman.com

    representing    **Mitsubishi Motor Credit of America, Its Successors and Assigns**
*(Creditor)*

Derrick B Hager
Derrick B Hager, P.C.
234 W. Roosevelt Rd.
Building 15, Suite 119
West Chicago, IL 60185
630-587-7490
630-587-7493 (fax)
dirkhager@sbcglobal.net

    representing    **Larry R Hanover**
604 Noah Terrace
Mount Prospect, IL 60056
*(Debtor 1)*

and I hereby further certify that on December 6, 2016, I caused to be sent by first class U.S. mail the **Certificate of Service** and **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to the following non-registered individuals who have filed proofs of

claims with the bankruptcy court by depositing envelopes in the mailboxes located at 70 W. Madison, Suite 3500, Chicago, IL 60602 before the hour of 5:00 p.m.:

Larry R. Hanover
604 Noah Terrace
Mount Prospect, IL 60056-3556

American Express
PO Box 981535
El Paso, TX 79998-1535

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Capital Recovery V, LLC
c/o Recovery Management Systems
Corporation
25 SE 2nd Avenue, Suite 1120
Miami FL 33131-1605

Chase
PO Box 15298
Wilmington, DE 19850-5298

Citibank
PO Box 790034
St. Louis, MO 63179-0034

Dennis V. Composto, Esq.
405 N. Wabash, Suite 315
Chicago, IL 60611-3574

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Discover Fin Svcs LLC
PO Box15316
Wilmington, DE 19850-5316

FIA CSNA
4060 Ogletown/Stanton Rd
Newark, DE 19713

Gemb/Avb Buying Group
Attention:  Bankruptcy
PO Box 103104
Roswell, GA 30076-9104

Gemb/Sams Club Dc
Gemb Finance
PO Box 103104
Roswell, GA 30076-9104

Ginny Hanover
2660 N. Halsted
Chicago IL 60614-2340

Glelsi/key Education R
PO Box 7860
Madison, WI 53707-7860

Mmca/c1
PO Box 991817
Mobile, AL 36691-8817

Regus
15305 Dallas Parkway
Suite 400
Addison, TX 75001-6922

World's Foremost Bank
Cabela's Club Visa
PO Box 82609
Lincoln, NE 68501-2609

eCAST Settlement Corporation, assignee
of Chase Bank USA, N.A.
PO Box 29262
New York, NY 10087-9262

2

| | |
|---|---|
| Derrick B Hager | Building 15, Suite 119 |
| Derrick B Hager, P.C. | West Chicago, IL 60185 |
| 234 W. Roosevelt Rd. | |
| | |
| Dated: December 6, 2016 | R. SCOTT ALSTERDA, not individually but as Chapter 7 Trustee for Larry R. Hanover, Debtor |

/s/  R. Scott Alsterda
*One of his attorneys*

R. Scott Alsterda (# 3126771)
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-9203 (Tel.)
(312) 977-4405 (Fax)
Email: rsalsterda@nixonpeabody.com

2