UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case 13-27322 |
| | ) | Chapter 7 |
| LARRY R. HANOVER, | ) | Hon. Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION - TRUSTEE'S MOTION FOR AN ORDER APPROVING SHORTENED NOTICE FOR TRUSTEE'S FINAL REPORT AND FEE APPLICATIONS**

To:     Attached Service List

PLEASE TAKE NOTICE that on Thursday, December 22, 2016, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jacqueline P. Cox in Courtroom 680 in the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Trustee's Motion for an Order Approving Shortened Notice for Trustee's Final Report and Fee Applications**, a copy of which is attached hereto and hereby served upon you, at which time and place you may appear as you see fit.

Dated: December 6, 2016        R. SCOTT ALSTERDA, not individually but as Chapter 7 Trustee for Larry R. Hanover, Debtor

/s/  R. Scott Alsterda
*One of his attorneys*

R. Scott Alsterda (# 3126771)
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-9203 (Tel.)
(312) 977-4405 (Fax)
Email: rsalsterda@nixonpeabody.com

4827-3691-7565.1
295745-000001

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on December 6, 2016, I electronically filed the **Trustee's Motion for an Order Approving Shortened Notice for Trustee's Final Report and Fee Applications** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following individuals:

| | | |
|---|---|---|
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St, Room 873<br>Chicago, IL 60604<br>312-886-5785<br>USTPRegion11.ES.ECF@usdoj.gov | | |
| Monette W. Cope<br>Weltman Weinberg & Reis Co. LPA<br>180 North LaSalle Street, Ste 2400<br>Chicago, IL 60601<br>312-782-9676<br>312-782-4201 (fax)<br>ecfnil@weltman.com | representing | **Mitsubishi Motor Credit of America, Its Successors and Assigns**<br>*(Creditor)* |
| Derrick B Hager<br>Derrick B Hager, P.C.<br>234 W. Roosevelt Rd.<br>Building 15, Suite 119<br>West Chicago, IL 60185<br>630-587-7490<br>630-587-7493 (fax)<br>dirkhager@sbcglobal.net | representing | **Larry R Hanover**<br>604 Noah Terrace<br>Mount Prospect, IL 60056<br>*(Debtor 1)* |

and I hereby further certify that on December 6, 2016, I caused to be sent by first class U.S. mail the **Trustee's Motion for an Order Approving Shortened Notice for Trustee's Final Report and Fee Applications** to the following non-registered individuals who have filed proofs of claims with the bankruptcy court by depositing envelopes in the mailboxes located at 70 W. Madison, Suite 3500, Chicago, IL 60602 before the hour of 5:00 p.m.:

| | |
|---|---|
| Larry R. Hanover<br>604 Noah Terrace<br>Mount Prospect, IL 60056-3556 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporation |

2

| | |
|---|---|
| 25 SE 2nd Avenue, Suite 1120<br>Miami FL 33131-1605 | PO Box 103104<br>Roswell, GA 30076-9104 |
| Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Ginny Hanover<br>2660 N. Halsted<br>Chicago IL 60614-2340 |
| Citibank<br>PO Box 790034<br>St. Louis, MO 63179-0034 | Glelsi/key Education R<br>PO Box 7860<br>Madison, WI 53707-7860 |
| Dennis V. Composto, Esq.<br>405 N. Wabash, Suite 315<br>Chicago, IL 60611-3574 | Mmca/c1<br>PO Box 991817<br>Mobile, AL 36691-8817 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Regus<br>15305 Dallas Parkway<br>Suite 400<br>Addison, TX 75001-6922 |
| Discover Fin Svcs LLC<br>PO Box15316<br>Wilmington, DE 19850-5316 | World's Foremost Bank<br>Cabela's Club Visa<br>PO Box 82609<br>Lincoln, NE 68501-2609 |
| FIA CSNA<br>4060 Ogletown/Stanton Rd<br>Newark, DE 19713 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>PO Box 29262<br>New York, NY 10087-9262 |
| Gemb/Avb Buying Group<br>Attention:  Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | Derrick B Hager<br>Derrick B Hager, P.C.<br>234 W. Roosevelt Rd. |
| Gemb/Sams Club Dc<br>Gemb Finance | Building 15, Suite 119<br>West Chicago, IL 60185 |

Dated: December 6, 2016               R. SCOTT ALSTERDA, not individually but as
                                      Chapter 7 Trustee for Larry R. Hanover, Debtor

                                      /s/  R. Scott Alsterda
                                      *One of his attorneys*

                                      R. Scott Alsterda (# 3126771)
                                      Nixon Peabody LLP

2

>                                70 West Madison Street, Suite 3500
>                                Chicago, Illinois 60602
>                                (312) 977-9203 (Tel.)
>                                (312) 977-4405 (Fax)
>                                Email: rsalsterda@nixonpeabody.com

1408013-1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case 13-27322 |
| | ) | Chapter 7 |
| LARRY R. HANOVER, | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date:  December 22, 2016 |
| Debtor. | ) | Hearing Time:  9:30 a.m. |

**TRUSTEE'S MOTION FOR AN ORDER APPROVING SHORTENED NOTICE FOR TRUSTEE'S FINAL REPORT AND FEE APPLICATIONS**

NOW COMES R. Scott Alsterda, not individually but as the Chapter 7 Trustee for the Bankruptcy Estate of Larry R. Hanover, Debtor (the "Trustee"), and moves this Court pursuant to 11 U.S.C. § 105(a) and Rules 2002(a)(6) and 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an order approving shortened notice for Trustee's Final Report and Fee Applications (the "Motion").  In support of the Motion, the Trustee states as follows:

**JURISDICTION**

1. This Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (O). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief requested herein are Sections 105(a) of the Bankruptcy Code and Bankruptcy Rules 2002(a)(6), (f)(8) and 9006(c)(1).

**BACKGROUND**

1. The Debtor filed his voluntary petition under Chapter 7 of the Bankruptcy Code on July 6, 2013.

2. On July 6, 2013 R. Scott Alsterda was appointed as the Trustee for the Debtor's bankruptcy estate.

3.  The Debtor's creditors' meeting was initially held on August 22, 2013 at which time the Debtor appeared and was examined by the Trustee.

**RELIEF REQUESTED**

4.  Pursuant to Bankruptcy Rule 2002(a)(6) and (f)(8) and Local Rule 2002-2, the Trustee is required to provide all creditors and parties-in-interest with 21-days' notice of the hearing on the final fee applications filed in this case and a summary of the Trustee's final report.

5.  The Trustee has provided 16 days' notice of the hearing on the final fee applications filed in this case and a summary of the Trustee's final report.

6.  The hearing on the final fee applications and the Trustee's final report is set for December 22, 2016 at 9:30 a.m.

7.  The Trustee's final report has a projected distribution of $5,839.66 to six (6) creditors (a 6% dividend).

8.  The Trustee would like to distribute the funds on hand to the creditors before December 31, 2016 and in order to do so, the Trustee is seeking an order shortening the notice period for the hearing on the final fee applications and the summary of the Trustee's final report from 21 days to 16 days.

9.  The Trustee submits that cause can be shown for reducing the notice period given the relatively small amount of funds to be distributed to a small group of creditors.  The shortened notice period would not be prejudicial to anyone and would be beneficial to the creditors who are to receive distribution checks from the Trustee.  Bankruptcy Rule 9006(c)(1) allows the Court to shorten notice in the case for cause.

**NOTICE**

10. A copy of this Motion has been served on the Office of the United States Trustee, the Debtor's counsel, all counsel registered on CM/ECF for this case and all of the creditors listed on the attached Service List.

**PRAYER FOR RELIEF**

WHEREFORE, for the reasons stated above, the Trustee respectfully requests that this Court enter an order approving the shortened notice from 21 days to 16 days for the hearing on the final fee applications and the Trustee's final report filed in this case and granting such other relief as may be appropriate.

Dated: December 6, 2016

R. SCOTT ALSTERDA, not individually but as Chapter 7 Trustee for Larry R. Hanover, Debtor

/s/ R. Scott Alsterda
*One of his attorneys*

R. Scott Alsterda (# 3126771)
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-9203 (Tel.)
(312) 977-4405 (Fax)
Email: rsalsterda@nixonpeabody.com

3