# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HANOVER, LARRY R | § | Case No. 13-27322 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 377,340.00 *(Without deducting any secured claims)* | Assets Exempt: 177,645.00 |
| Total Distributions to Claimants: 5,839.66 | Claims Discharged Without Payment: 146,388.70 |
| Total Expenses of Administration: 5,660.34 | |

3) Total gross receipts of $ 11,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 11,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 388,968.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,660.34 | 5,660.34 | 5,660.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 139,952.86 | 92,727.36 | 92,727.36 | 5,839.66 |
| **TOTAL DISBURSEMENTS** | $ 528,920.86 | $ 98,387.70 | $ 98,387.70 | $ 11,500.00 |

4)  This case was originally filed under chapter 7 on  07/06/2013 . The case was pending for 44 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/02/2017                     By:/s/R. SCOTT ALSTERDA
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Disney World Time Share | 1110-000 | 11,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 11,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 24696 Columbus, OH 43224 | | 169,975.00 | NA | NA | 0.00 |
| | Chase Po Box 901039 Fort Worth, TX 76101 | | 213,167.00 | NA | NA | 0.00 |
| | Mmca/c1 Po Box 991817 Mobile, AL 36691 | | 5,826.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 388,968.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | 2100-000 | NA | 1,900.00 | 1,900.00 | 1,900.00 |
| R. SCOTT ALSTERDA, TRUSTEE | 2200-000 | NA | 1.12 | 1.12 | 1.12 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 13.07 | 13.07 | 13.07 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 9.26 | 9.26 | 9.26 |
| ASSOCIATED BANK | 2600-000 | NA | 549.95 | 549.95 | 549.95 |
| NIXON PEABODY LLP | 3110-000 | NA | 3,180.50 | 3,180.50 | 3,180.50 |
| NIXON PEABODY LLP | 3120-000 | NA | 6.44 | 6.44 | 6.44 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,660.34 | $ 5,660.34 | $ 5,660.34 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Sd, Na Citi Corp Credit Services/Attention: Cen Po Box 20507 Kansas City, MO 64195 | | 9,272.00 | NA | NA | 0.00 |
| | Fia Csna 4060 Ogletown/Stanton Rd Newark, DE 19713 | | 30,193.00 | NA | NA | 0.00 |
| | Gemb/avb Buying Group Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 150.00 | NA | NA | 0.00 |
| | Glelsi/key Education R Po Box 7860 Madison, WI 53707 | | 19,886.00 | NA | NA | 0.00 |
| 000004 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 30,435.62 | 30,317.71 | 30,317.71 | 1,909.31 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 235.94 | 248.09 | 248.09 | 15.62 |
| 000007 | CAPITAL RECOVERY V, LLC | 7100-000 | 1,000.00 | 1,705.11 | 1,705.11 | 107.38 |
| 000003 | DENNIS V. COMPOSTO, ESQ. | 7100-000 | 2,236.30 | 4,877.51 | 4,877.51 | 307.17 |
| 000001 | DISCOVER BANK | 7100-000 | 11,034.00 | 13,993.11 | 13,993.11 | 881.24 |
| 000002 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 17,755.00 | 22,749.99 | 22,749.99 | 1,432.72 |
| 000006 | WORLD'S FOREMOST BANK | 7100-000 | 17,755.00 | 18,835.84 | 18,835.84 | 1,186.22 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 139,952.86 | $ 92,727.36 | $ 92,727.36 | $ 5,839.66 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-27322 JPC Judge: JACQUELINE P. COX | Trustee Name: R. SCOTT ALSTERDA |
| Case Name: | HANOVER, LARRY R | Date Filed (f) or Converted (c): 07/06/13 (f) |
| | | 341(a) Meeting Date: 08/22/13 |
| For Period Ending: | 02/02/17 | Claims Bar Date: 11/25/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 604 Noah Terrace Mount Prospect, IL 60056 | 344,530.00 | 0.00 | | 0.00 | FA |
| 2. Disney World Time Share | 15,000.00 | 11,500.00 | | 11,500.00 | FA |
| 3. Scottsdale, AZ timeshare | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Cash | 200.00 | 0.00 | | 0.00 | FA |
| 5. Custodial Bank Account | 0.00 | 0.00 | | 0.00 | FA |
| 6. Bank of America - joint checking | 600.00 | 0.00 | | 0.00 | FA |
| 7. Chase Bank - personal checking | 100.00 | 0.00 | | 0.00 | FA |
| 8. Glenview State Bank - business checking | 100.00 | 0.00 | | 0.00 | FA |
| 9. Household furniture, appliances & electron | 3,000.00 | 0.00 | | 0.00 | FA |
| 10. Wearing apparel, wedding bands | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. Used Rolex Watch | 4,500.00 | 0.00 | | 0.00 | FA |
| 12. Berringer Men's watch | 60.00 | 0.00 | | 0.00 | FA |
| 13. eliptical machine, 30-year old Aerodyne | 250.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 13-27322 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|---|
| Case Name: | HANOVER, LARRY R | | | Date Filed (f) or Converted (c): | 07/06/13 (f) |
| | | | | 341(a) Meeting Date: | 08/22/13 |
| | | | | Claims Bar Date: | 11/25/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Northwestern Mutual Whole Life | 9,745.00 | 0.00 | | 0.00 | FA |
| 15. North Western Mutual - regular IRA | 50,000.00 | 0.00 | | 0.00 | FA |
| 16. North Western Mutual - 2 Roth IRAs | 110,000.00 | 0.00 | | 0.00 | FA |
| 17. Hanover Integrity Group, Inc | 700.00 | 0.00 | | 0.00 | FA |
| 18. 2000 Mercury Grand Marquis, 90,000 miles | 750.00 | 0.00 | | 0.00 | FA |
| 19. 2003 Ford Expedition, 92,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 20. 2001 Mitshubishi Galant, 60,000 miles | 1,200.00 | 0.00 | | 0.00 | FA |
| 21. 2009 Mistshubishi Lancer, 25,000 miles debtor is c | 3,250.00 | 0.00 | | 0.00 | FA |
| 22. 2 computers & printer | 1,500.00 | 0.00 | | 0.00 | FA |
| 23. Personal Seat License for the Chicago Bears, 3 sea | 19,500.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $569,985.00 | $11,500.00 | | $11,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

_____

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 19.06c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| | |
|---|---|
| Case No: | 13-27322   JPC   Judge: JACQUELINE P. COX |
| Case Name: | HANOVER, LARRY R |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Date Filed (f) or Converted (c): | 07/06/13 (f) |
| 341(a) Meeting Date: | 08/22/13 |
| Claims Bar Date: | 11/25/13 |

The Debtor held a Personal Seat License ("PSI") for the Chicago Bears and the Trustee has attempted to find a buyer for the PSI.  The Trustee may abandon the PSI if no buyer can be found at an acceptable price.  Additional activities that remain to be done include tax issues, if any, and a claims analysis.

Initial Projected Date of Final Report (TFR): 02/28/15         Current Projected Date of Final Report (TFR): 12/31/16

          /s/    R. SCOTT ALSTERDA
_____  Date: 02/02/17
       R. SCOTT ALSTERDA

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-27322 -JPC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | HANOVER, LARRY R | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9933 Checking Account |
| Taxpayer ID No: | *******8789 | | |
| For Period Ending: | 02/02/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/26/13 | 2 | Larry Hanover<br>604 S. Noah Ter.<br>Mount Prospect, IL 60056 | purchase Disney Time Shares | 1110-000 | 11,500.00 | | 11,500.00 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,490.00 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.08 | 11,472.92 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.51 | 11,456.41 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.03 | 11,439.38 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.01 | 11,422.37 |
| 02/10/14 | 030001 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond #016026455 | 2300-000 | | 9.26 | 11,413.11 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.33 | 11,397.78 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.94 | 11,380.84 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.37 | 11,364.47 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.90 | 11,347.57 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.33 | 11,331.24 |

Page Subtotals 11,500.00 168.76

Ver: 19.06c

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-27322 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | HANOVER, LARRY R | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9933 Checking Account |
| Taxpayer ID No: | *******8789 | | | |
| For Period Ending: | 02/02/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.85 | 11,314.39 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.82 | 11,297.57 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.26 | 11,281.31 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.77 | 11,264.54 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.21 | 11,248.33 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.72 | 11,231.61 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.70 | 11,214.91 |
| 02/20/15 | 030002 | Arthur B. Levine Company<br>Attention Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Bond #10BSBGR6291 | 2300-000 | | 6.29 | 11,208.62 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.06 | 11,193.56 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.65 | 11,176.91 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.08 | 11,160.83 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.59 | 11,144.24 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.03 | 11,128.21 |

Page Subtotals 0.00 203.03

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-27322 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | HANOVER, LARRY R | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9933 Checking Account |
| Taxpayer ID No: | *******8789 | | | |
| For Period Ending: | 02/02/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.54 | 11,111.67 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.52 | 11,095.15 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.96 | 11,079.19 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.47 | 11,062.72 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.92 | 11,046.80 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.42 | 11,030.38 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.40 | 11,013.98 |
| 02/12/16 | 030003 | Arthur B. Levine Company<br>Attention Maria Sponza<br>370 Lexington Avenue, Suite 1101<br>New York, New York 10017 | Bond Payment | 2300-000 | | 6.78 | 11,007.20 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.31 | 10,991.89 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.34 | 10,975.55 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.79 | 10,959.76 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.29 | 10,943.47 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.75 | 10,927.72 |
| | | | Page Subtotals | | 0.00 | 200.49 | |

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-27322 -JPC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | HANOVER, LARRY R | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9933 Checking Account |
| Taxpayer ID No: | *******8789 | | |
| For Period Ending: | 02/02/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/27/16 | 030004 | R. SCOTT ALSTERDA, TRUSTEE<br>70 WEST MADISON AVENUE<br>SUITE 3500<br>CHICAGO, IL 60602-4283 | Chapter 7 Compensation/Fees Dkt.42 | 2100-000 | | 1,900.00 | 9,027.72 |
| 12/27/16 | 030005 | R. SCOTT ALSTERDA, TRUSTEE<br>70 WEST MADISON AVENUE<br>SUITE 3500<br>CHICAGO, IL 60602-4283 | Chapter 7 Expenses Dkt. 42 | 2200-000 | | 1.12 | 9,026.60 |
| 12/27/16 | 030006 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Attorney for Trustee Fees Dkt. 40 | 3110-000 | | 3,180.50 | 5,846.10 |
| 12/27/16 | 030007 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Attorney for Trustee Expenses Dkt40 | 3120-000 | | 6.44 | 5,839.66 |
| 12/27/16 | 030008 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 6.29767% | 7100-000 | | 881.24 | 4,958.42 |
| 12/27/16 | 030009 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000002, Payment 6.29767% | 7100-000 | | 1,432.72 | 3,525.70 |
| | | | Page Subtotals | | 0.00 | 7,402.02 | |

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-27322 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | HANOVER, LARRY R | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9933 Checking Account |
| Taxpayer ID No: | *******8789 | | | |
| For Period Ending: | 02/02/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 12/27/16 | 030010 | Dennis V. Composto, Esq.<br>405 N. Wabash, Suite 315<br>Chicago, IL 60611 | Claim 000003, Payment 6.29768% | 7100-004 | | 307.17 | 3,218.53 |
| 12/27/16 | 030011 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 6.29767% | 7100-000 | | 1,909.31 | 1,309.22 |
| 12/27/16 | 030012 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 6.29610% | 7100-000 | | 15.62 | 1,293.60 |
| 12/27/16 | 030013 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Claim 000006, Payment 6.29768% | 7100-000 | | 1,186.22 | 107.38 |
| 12/27/16 | 030014 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000007, Payment 6.29754% | 7100-000 | | 107.38 | 0.00 |
| * 01/23/17 | 030010 | Dennis V. Composto, Esq.<br>405 N. Wabash, Suite 315<br>Chicago, IL 60611 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -307.17 | 307.17 |

Page Subtotals  0.00  3,218.53

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-27322 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | HANOVER, LARRY R | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9933 Checking Account |
| Taxpayer ID No: | *******8789 | | | |
| For Period Ending: | 02/02/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/23/17 | 030015 | Dennis V. Composto, Esq.<br>7720 W. Touhy Ave. - Suite E<br>Chicago, IL 60631 | Claim 000003, Payment 6.29768%<br>Changed Address Ch. 30010 Reversed 1-23-17 | 7100-000 | | 307.17 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 11,500.00 | 11,500.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 11,500.00 | 11,500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 11,500.00 | 11,500.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******9933 | 11,500.00 | 11,500.00 | 0.00 |
| | 11,500.00 | 11,500.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ R. SCOTT ALSTERDA

Trustee's Signature: _____ Date: 02/02/17

R. SCOTT ALSTERDA

Page Subtotals 0.00 307.17

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*